IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KARLA JOHNSON, | ) |
| | ) |
| Plaintiff | ) Cause No.: 1:16-cv-02837 |
| vs. | ) |
| | ) |
| FEEDING CONCEPTS, INC., | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR DAMAGES
## AND REQUEST FOR JURY TRIAL

Plaintiff, by counsel, and as her Complaint for Damages against Defendant, states as follows:

PARTIES, JURISDICTION AND VENUE

1. Plaintiff Karla Johnson is currently a resident of Hamilton County in the State of Indiana and a former employee of Defendant.

2. Defendant, Feeding Concepts, Inc., is an employer as defined by 42 U.S.C. § 2000e(b) and conducts business in the State of Indiana.

3. Ms. Johnson filed a Charge of Discrimination with the Equal Employment Opportunity Commission on or about March 23, 2016 alleging, *inter alia*, alleging that Defendant violated the Americans with Disabilities Act, 42 U.S.C. §12101, alleging discrimination based on disability.

4. The Equal Employment Opportunity Commission and or the Department of Justice issued to Ms. Johnson a Right to Sue letter on July 27, 2016.

5. Ms. Johnson invokes this Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a).

6. Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

## GENERAL FACTS & SPECIFIC ALLEGATIONS

7.  Plaintiff, suffers from a disability stemming from back surgery she had while still employed by the Defendant.

8.  The Defendant provided a reasonable accommodation and allowed Plaintiff to work from home.

9.  During this time, Plaintiff fulfilled all of the essential functions of her job and met or exceeded the Defendant's reasonable performance expectations.

10.  On or about September 2015, Defendant told Plaintiff that she needed to apply for disability benefits.  Defendant told Plaintiff that she was entitled to disability benefits and that she would be able to continue her employment and Defendant could pay her a lower wage.

11.  On or around November 2015, Plaintiff was denied disability benefits.

12.  On or about November 16, 2015, Defendant constructively discharge Plaintiff when it cut her pay by nearly two thirds.

## COUNT I
## ADA

13.  Plaintiff incorporates by reference Paragraphs one (1) through twelve (12) above.

14.  Plaintiff suffers from a disability and or perceived disability as defined by the Americans with Disabilities Act, specifically a back injury.

15.  The Defendant was aware Plaintiff's disability and/or perceived disability and after initially providing a reasonable accommodation, withdrew that accommodation.

16. Plaintiff was able to perform the essential functions of her job, with or without reasonable accommodation.

17. The Defendant was motivated by Plaintiff's disability and/or perceived disability when it constructively discharged Plaintiff.

18.  Non-disabled employees outside Plaintiff's protected class were treated more favorably than Plaintiff.

19.  As a result of Defendant violating Plaintiff's rights as protected under the Americans with Disabilities Act, Plaintiff sustained damages including, but not limited to, lost pay and benefits, mental and emotional anguish, attorney fees and costs.

WHEREFORE, Plaintiff prays for judgment against Defendant, for an award of lost wages and benefits, compensatory damages, attorney fees and costs incurred herein, and for all other appropriate relief.

## COUNT II
## RETALIATION/COLLUSION TO COMMIT FRAUD

20.  Plaintiff incorporates by reference Paragraphs one (1) through nineteen (19) above.

21.  Defendant approached Plaintiff and insisted that she apply for disability benefits.

22.  Defendant asked Plaintiff to enter into an agreement to defraud the social security administration.

23.  Defendant stated that Plaintiff could collect disability benefits and still work for him at a reduced wage to save the company money.

23.  Plaintiff applied for the disability benefits but provided truthful and accurate information to the Social Security Administration.

24.  The Social Security Administration denied Plaintiff's application for benefits.

25.  Defendant subsequently reduced Plaintiff's wages from $5,888.00 per month down to $2,000.00 per month in retaliation for her refusal to commit fraud.

26.  Defendant contravened Indiana law when it constructively discharged Plaintiff by cutting her wages by two-thirds for refusing to violate a law for which she could be held personally liable for.

27. Defendant's actions are contrary to public policy and actionable under Indiana law.

28. As a result of Defendant's actions, Plaintiff sustained damages, including but not limited to, lost wages and benefits, and attorney fees.

WHEREFORE, Plaintiff prays for judgment against Defendants, an award of damages sufficient to compensate Plaintiff for her injuries, including lost pay and benefits, compensatory damages, punitive damages, and for an award of Plaintiff's attorney fees and costs incurred herein, and for all other appropriate relief.

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE

/s/ Paul J. Cummings
David M. Henn, 18002-49
Paul J. Cummings, 22714-41

REQUEST FOR JURY TRIAL

Plaintiff, by counsel, respectfully requests this cause be tried by jury.

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE

/s/ Paul J. Cummings
David M. Henn, 18002-49
Paul J. Cummings, 22713-41

HENN HAWORTH CUMMINGS & PAGE
625 North Madison Avenue - Suite A
Greenwood, IN  46143
(317) 885-0041;
(317) 885-0506 Fax

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served with the Clerk of the Court upon all counsel of record by filing with the Court's CM/ECF system the 18th day of October, 2016.

/s/ Paul J. Cummings
Paul J. Cummings