IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KARLA JOHNSON, | ) |
| | ) |
| Plaintiff | ) Cause No.: 1:16-cv-02837-WTL-MJD |
| vs. | ) |
| | ) |
| FEEDING CONCEPTS, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties having so stipulated, the Court hereby ORDERS, ADJUDGES and DECREES that this matter is DISMISSED in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties to bear their own costs and attorneys' fees.

Dated this 17th day of May, 2017.

*William T. Lawrence*

Judge, United Stated District Court
Southern District of Indiana
Indianapolis Division

Distribution to all parties of record via the Court's CM/ECF system:

F. Bradford Johnson
ITTENBACH & JOHNSON, P.A.
*Counsel for Defendant*

Paul J. Cummings
HENN HAWORTH CUMMINGS & PAGE
*Counsel for Plaintiff*